## AARON PEERY'S LESSEE v. JOSEPH BURTON.

Supreme Court.   October, 1794.

*Wilson's Red Book, 25.*\*

---

\* This case is also reported in *Bayard's Notebook, 73.*

*Bayard* for defendant. The jury now can find nothing out of the evidence though they formerly could, but must give their knowledge in evidence in open court. Defendant confesses all the facts so that there is no fact left for the jury. That the court can decide always upon the operation of evidence, and cited 3 Term *memoriter* as to letters etc.

*Miller* for plaintiff. No case is shown to prove that plaintiff must join in demurrer to parol evidence. We think we have proved a twenty years possession.

PER CURIAM. READ, C. J. Buller in his Nisi Prius is to be considered as having collected the law upon the subject. I take up the law as he did then; I know of no alteration. Twenty years possession is a title. Here was evidence of possession which related to an early period. I wished to know if there was any objection to plaintiff's claim of the possession. We think there is a claim of the possession that neither party can claim, but the question is if the former possession can be tacked to the latter. I think not. And that therefore plaintiff has given no evidence of a twenty years' possession. There is nothing upon the parol evidence that the jury can find. Supposing the fact to be admitted, there remains nothing for the jury to exercise their special knowledge upon. Therefore I think notwithstanding the parol evidence the defendant may properly demur, for there is

no such doubt upon the parol evidence as to prevent the defendant to demur.

Conditional verdict taken, and jury discharged.